## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23053001 - 7926150 | $143,194.83 | 7/27/2023 | LM_640387_2nd_4 | 4/17/2023 | $143,194.83 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23053001 - 7926593 | $143,194.83 | 8/29/2023 | LM_640387_2nd_5 | 4/17/2023 | $143,194.83 |

**Totals:** **2 transfer(s),** **$286,389.66**

Jones Lang LaSalle Brokerage, Inc. (2283236)
Bankruptcy Case: Shift Technologies, Inc.

Oct 6, 2025

Exhibit A

P. 1